## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TRUSTEES OF THE IRON WORKERS'
LOCAL NO. 25 PENSION FUND; IRON
WORKERS' HEALTH FUND OF EASTERN
MICHIGAN; IRON WORKERS LOCAL NO. 25
VACATION PAY FUND; and IRON WORKERS'
APPRENTICE FUND OF EASTERN MICHIGAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

       Plaintiffs,

v.

MURRAY STEEL CORPORATION, a
Michigan corporation; and DEAN KEYS
and PATRICIA KEYS, Individually,

       Defendants.
_____/

Case No.: 11-cv-10434
Hon. Matthew F. Leitman

### ORDER OF RENEWED JUDGMENT AGAINST DEFENDANT MURRAY STEEL CORPORATION, ONLY

This matter having come before the Court upon Plaintiffs' Ex-Parte Motion to Renew Judgment against Defendant Murray Steel Corporation, only, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Amended Default Judgment entered on July 8, 2011 is hereby renewed and entered against Defendant Murray Steel Corporation, only, in the amount of $16,777.51, for the remaining balance on the Judgment plus Judgment interest.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 15, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 15, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764